COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



JOSE JUAN SANDOVAL, §

                Appellant, §

v. §

THE STATE OF TEXAS, §

                Appellee. §

No. 08-11-00283-CR

Appeal from the

346th District Court

of El Paso County, Texas

(TC# 20100D02656)

## ORDER REINSTATING APPEAL

The Court has received the Appellant's letter brief requested in this Court's Order Abating the appeal issued on September 27, 2013. The appeal is therefore reinstated.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2013.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.